WILLIAM C. STEMMERMAN, Respondent, *v.* WILLIAM KELLY, Appellant.

*Stemmerman* v. *Kelly*, 163 App. Div. 892, affirmed.
(Argued April 5, 1917; decided April 24, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 26, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action for a breach of a contract under seal made at Los Angeles, Cal., dated May 19, 1902, by the Densmore Stabler Refining Company, plaintiff's assignor, with defendant for the sale F. O. B. cars Los Angeles, for five years from date, of not less than 100 tons nor more than 200 tons flux asphalt, and not less than 900 tons nor more than 1,800 tons of D asphalt, per annum, similar in grade and quality to samples, at fourteen dollars and twenty cents and thirteen dollars and twenty cents per ton, payment ninety days from shipment from Los Angeles, flux to contain not

less than ninety-four per cent of bitumen and D not less than ninety per cent.

*L. Laflin Kellogg, Alfred C. Petté* and *Philip M. Brett* for appellant.

*Henry B. Johnson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.